MATTHEW P.F. HEALD/BAR #325772
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Attorneys for Plaintiff

Refer to File No. 3978-20190322

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, <br><br> Plaintiff,, <br><br> v. <br><br> ARROWHEAD PRESS INC.; and DIANA M. SIMS <br><br> Defendants. | CASE NO: 2:19-cv-06142-VAP(ADSx) <br><br> ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR <br><br> DATE: March 2, 2022 <br> TIME: 10:00 a.m. <br> LOCATION: Ronald Reagan Federal Building and United States Courthouse <br> 411 W. Fourth Street <br> Santa Ana, CA 92701 <br> Courtroom 6B, 6th Floor |

Based on Judgment Debtor DIANA M. SIMS' failure to appear at the October 20, 2021 Judgment Debtor Examination, **IT IS HEREBY ORDERED** that an Order to Show Cause Re: Failure to Appear for Examination shall be heard on March 2, 2022 at 10:00 a.m. in Courtroom 6B, 6th Floor of the Roybal Federal Building located at 411 W. Fourth Street, Santa Ana, California.

DATED: January 27, 2022            By: ____/s/ Autumn D. Spaeth_____
                                           HONORABLE AUTUMN D. SPAETH
                                           UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR